**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **B.A.M.A.,** | : | |
| | : | |
| **Petitioner,** | : | **CASE NO:** |
| **v.** | : | **7:26-cv-95–WLS-ALS** |
| | : | |
| **WARDEN, IRWIN COUNTY** | : | |
| **DETENTION CENTER,** *et al.,* | : | |
| | : | |
| **Respondents.** | : | |
| _____ | : | |

## ORDER

By Order (Doc. 14) entered June 25, 2026, this Court found that the bond hearing held by the Executive Office of Immigration Review in this matter on May 20, 2026, in Atlanta, Georgia, complied with the requirements of this Court's Order (Doc. 9) entered May 13, 2026. Therefore, the Court denied Petitioner's Emergency Motion to Enforce Judgment, for Prospective Order to Show Cause, and for Immediate Release or Interim Enforcement Relief (Doc. 11) ("Motion to Enforce"). The Court now finds that the Petitioner has received the remedy that this Court is authorized to order.

Accordingly, this matter is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 2nd day of July 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1