IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

BAMA,                                           *

                        Petitioner,             *
v.                                                Case No. 7:26-cv-95 (WLS-ALS)
                                                *
WARDEN IRWIN COUNTY DETENTION
CENTER, et al.,                                 *

                        Respondents.            *
_____

## J U D G M E N T

Pursuant to this Court's Order dated July 2, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 2nd day of July, 2026.

David W. Bunt, Clerk


s/ Katie Logsdon, Deputy Clerk